provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Montrell MOORE, Appellant.**

**No. ED 95497.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 13, 2011.

Scott Thompson, Saint Louis, MO, for Appellant.

Chris Koster, Attorney General, Timothy A. Blackwell, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before KURT S. ODENWALD, C.J., GLENN A. NORTON, J. and MICHAEL D. BURTON, Sp. J.

### *ORDER*

PER CURIAM.

Montrell Moore appeals the judgment entered upon a jury verdict convicting him of second-degree murder, abuse of a child resulting in death, endangering the welfare of a child in the first degree, possession of a controlled substance, possession of marijuana under 35 grams, and possession of drug paraphernalia. We find that the trial court did not err failing to strike venireperson Raymond for cause and in admitting autopsy photographs of the victim. We also find that the allegedly erroneous admission of testimony relating to Moore's prior bad acts did not result in prejudice. Finally, we find that the trial court did not abuse its discretion in denying Moore's motion for a new trial.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Nicholas M. SAHNO, Appellant.**

**No. ED 96070.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 13, 2011.

Gwenda Renee' Robinson, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., John W. Grantham, Jefferson City, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

Nicolas M. Sahno appeals from a sentence and judgment of conviction for attempted burglary in the first degree, burglary in the second degree, stealing, and property damage in the first degree. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2011).